FILED

JAN 2 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ELARDE JAVIER, PATRIA CORDERO,<br><br>　　　　　Defendants. | No. CR 02-00183 VRW<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING STATUS HEARING |

　　　This matter is currently on before the Court on Tuesday, January 23, 2007 for status regarding Form 12 allegations of violations of supervised release. AFPD Steven Kalar, counsel for Mr. Javier, will be out of the office on the week of the 22nd. The defense accordingly requests that this matter be continued one week, to ~~January 30~~, *February 6* 2007 at 10:30. The government has no objection to this request.

　　　Therefore, for good cause shown the above-entitled case shall be continued one week, to

*Javier*, CR 02-00183 VRW
ORD. CONT. STATUS

```
 1  2007 at 10:30 a.m.
 2  IT IS SO ORDERED.
 3
 4  _____      _____
    DATED                         VAUGHN R. WALKER
 5                                United States District Court Judge
 6
 7  IT IS SO STIPULATED.
 8    1/16/
 9  DATED                         KEVIN V. RYAN
                                  United States Attorney
10                                Northern District of California
11                                LAUREL BEELER
                                  Assistant United States Attorney
12
13
14
15  _____      _____
    DATED                         BARRY J. PORTMAN
                                  Federal Public Defender
16                                Northern District of California
17                                STEVEN G. KALAR
                                  Assistant Federal Public Defender
18
19
20
21
22
23
24
25
26
```

1  January 30, 2007 at 10:30 a.m.
2  IT IS SO ORDERED.
3
4  _____   _____
5  DATED                          VAUGHN R. WALKER
                                  United States District Court Judge
6
7  IT IS SO STIPULATED.
8
9  _____   _____
   DATED                          KEVIN V. RYAN
10                                United States Attorney
                                  Northern District of California
11                                LAUREL BEELER
12                                Assistant United States Attorney
13
14 _____   _____
   DATED                          BARRY J. PORTMAN
15                                Federal Public Defender
                                  Northern District of California
16                                STEVEN G. KALAR
17                                Assistant Federal Public Defender
                                  Counsel for Elarde Javier
18
19
20  January 18, 2007              /s/ James Jay Seltzer
   _____   _____
21  DATED                          JAMES JAY SELTZER
                                   Counsel for Patria Cordero
22
23
24
25
26

*Javier*, CR 02-00183 VRW
ORD CONT STATUS
                                    2

```
 1 │ January 30, 2007 at 10:30 a.m.
 2 │ IT IS SO ORDERED.
 3 │
 4 │ Jan. 25, 2007
   │ DATED                                VAUGHN R. WALKER
 5 │                                      United States District Court Judge
 6 │
 7 │ IT IS SO STIPULATED.
 8 │
 9 │ DATED                                KEVIN V. RYAN
10 │                                      United States Attorney
   │                                      Northern District of California
11 │                                      LAUREL BEELER
   │                                      Assistant United States Attorney
12 │
13 │
14 │ Jany 18, 2007
   │ DATED                                BARRY J. PORTMAN
15 │                                      Federal Public Defender
   │                                      Northern District of California
16 │                                      STEVEN G. KALAR
17 │                                      Assistant Federal Public Defender
   │                                      Counsel for Elarde Javier
18 │
19 │
20 │
21 │ DATED                                JAMES JAY SELTZER
   │                                      Counsel for Patria Cordero
22 │
23 │
24 │
25 │
26 │
```

*Javier*, CR 02-00183 VRW
ORD. CONT. STATUS                          2