RECEIVED
07 FEB -5 AM 11: 21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

FEB 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 02-00183 VRW |
| | ) |
| v. | ) [PROPOSED] STIPULATED ORDER |
| | ) WAIVING INTEREST PAYMENT |
| FAMILY HOME HEALTH CARE, | ) AND CONTINUING STATUS |
| ET AL., | ) APPEARANCE |
| | ) |
| Defendants. | ) |

The defendants in the above-entitled case have been charged with Form 12 allegations of violations of supervised release. In essence, the allegations involve failure to pay restitution.

Since the last appearance in the matter, Mr. Elarde Javier has paid to the government over $160,000, which satisfies the restitution outstanding. Still outstanding is $400 owed for the special assessment, and $7,828.36 owed in post-judgment interest.

In light of Mr. Javier's good faith efforts to obtain funds for restitution, his payment of over $160,000 in restitution, and because those funds were unavailable due to divorce proceedings, the parties hereby stipulate and recommend that this Court waive the post-judgement interest owed in this matter.

The parties further request that the matter be put over to Monday, Tuesday, March 20, 2007 for status. In that interim, the defense will pay the $400 special assessment still owed. The parties then

*Javier*, CR 02-00183 VRW
ORD. CONT. STATUS

1 | anticipate jointly requesting that the supervised release allegations be dismissed.

2 |       Therefore, for good cause shown the $7,828.36 owed in post-judgment interest is waived. The

3 | appearance now scheduled for Tuesday, February 6, 2007 is hereby vacated. The matter shall be put

4 | over until Tuesday, March 20, 2007 at 10:30 for status regarding the supervised release violations,

5 | unless the parties jointly request, and the Court grants, a dismissal of the Form 12 allegations.

6 | IT IS SO ORDERED.

7 |

8 | _8 FEB 2007_____
   DATED

9 |     VAUGHN R. WALKER
   United States District Court Judge

10 |

11 | IT IS SO STIPULATED.

12 | _2/1/07_____

13 | DATED

    KEVIN V. RYAN

14 |     United States Attorney

Northern District of California

15 |     LAUREL BEELER

16 |     Assistant United States Attorney

17 |

18 | February 1, 2007_____
   DATED

    /s_____
   BARRY J. PORTMAN

19 |     Federal Public Defender

Northern District of California

20 |     STEVEN G. KALAR

21 |     Assistant Federal Public Defender

Counsel for Elarde Javier

22 |

23 |

24 | _____

    /s_____

25 | DATED

    JAMES JAY SELTZER
   Counsel for Patria Cordero

26 |

*Javier*, CR 02-00183 VRW
ORD. CONT. STATUS                           2